To: (
S: W.S. Courthouse 300 North Hogan Street, (Suite 9-150)
Jacksonville Fl. 32202-4271
)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)   Mailing Original on 1/20/23)

# UNITED STATES DISTRICT COURT
for the

1/4/23

Middle District of Florida

Legal Mail Provided to Florida State Prison on ___/___/___ for mailing by _____

Jacksonville Division

Sheron Lopez-Jackson DC# K60216
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Florida State Prison (Warden, Donald Davis)
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. ( 3:23-CV-131 -MMH)PDB
(to be filled in by the Clerk's Office)

Legal Mail
Provided to Florida State Prison on 1/20/23 for mailing by _____

Mailing out (My this) original copy to: Clerks office At: The United States Middle District Federal Court, U.S. Courthouse 300 North Hogan Street, Suite 9-150 Jacksonville Florida, 32202-4271)
*(B) F.S.P. mailing staff, (C.O. Sheets) (Ms. Price)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (on 1/20/23)
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED 2023 FEB -3 PH 2:45 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE, FLORIDA

Page 1 of 11

*Mailing To: United States Middle District Federal Court Clerk Office at: U.S. Courthouse 300 North Hogan Street (Suite 9-150) Jacksonville Florida, 32202-4271

Legal Mail Provided to Florida State Prison on ___ for mailing by ___

Legal mail Document To Filed/mailed 1983 on 1/20/83 Florida State Prison

# FLORIDA DEPARTMENT OF CORRECTIONS
## INFORMED CONSENT FOR PSYCHOTROPIC MEDICATION

**MEDICATION:** <u>PROLIXIN (Fluphenazine HCL), PROLIXIN DECANOATE (Fluphenazine Decanoate)</u>

**PURPOSE:** This medication is used to treat serious symptoms associated with disorders of thoughts, perceptions, and/or behavior.

**COMMON SIDE EFFECTS INCLUDE, BUT ARE NOT LIMITED TO:** <u>Sleepiness, muscle stiffness, abnormal involuntary movements (some of which may be persistent and are called Tardive Dyskinesia), difficulty urinating, lowered blood pressure (which may be experienced as light-headedness), blurred vision, dry mouth, constipation, and/or weight gain.</u>

**OTHER POTENTIAL, SIGNIFICANT SIDE EFFECTS INCLUDE, BUT ARE NOT LIMITED TO:** <u>Increased risk of seizures, reduced urinary output and neuroleptic malignant syndrome.</u>

**ALTERNATIVE TREATMENT:** It has been determined, at this time, that this category of medication is the most effective therapy available and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Alternative treatments may include other medications, activity therapies, and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days (though some may take several weeks or months), and significant benefit may require regular and long-term usage. The doctor may adjust the dosage during treatment, in most cases, to the minimum dosage that meets the needs of the inmate. The doctor may order laboratory tests from time to time to ensure that the medication is not causing any serious physiological problems.

**NOTIFICATION:** You should understand that you can decide to stop taking this medication at any time by notifying the doctor or any other health care staff orally or in writing. If you decide to stop taking the medication, it will not affect your ability to receive other health care. <u>Notify your physician if there is a possibility that you are pregnant.</u>

**RISK AND HAZARDS:** Avoid alcohol and other nonprescription drugs; avoid driving a vehicle and other activities that require alertness until adjusted to side effects. Avoid long periods of time in sunlight without use of sunscreen; avoid exposure to sunlamps. Avoid too much exercise, extreme heat, or other activities that are likely to dehydrate you unless you are able to get enough water. <u>Antacids containing aluminum or magnesium should not be taken 1 hour before taking this medication and never right after.</u>

I understand that by signing this form, I am agreeing to let Department of Corrections staff treat me with a psychotropic drug. Departmental staff have given me, and explained, information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I may be taking this drug. Departmental staff have given me a chance to ask questions about my treatment and have answered all my questions. I understand that I can discuss any other questions I might have about my treatment with the doctor and that a signed copy of this form will be given to me.

Time/Date: 1/17/23     Inmate Signature: XL

Time/Date: 1/17/23     Prescribing Practitioner Signature: ___
                       Name/Title Stamp

Inmate Name: JACKSON, SHERON
DC#: K60210   Race/Sex: B/M
Date of Birth: 12/17/80
Institution: Hamilton C.I. Annex FSP

R. GABB, MD
PSYCHIATRY
FSP

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.
Distribution: White copy-Health Record
Canary copy-Inmate

DC4-545J (Revised 11/30/17)

((Copy) maintain) To:
*Original Being mailed out (1/23/23)

Legal Mail
Provided to Florida State Prison on
1/23/23

Sp(g) Legal Mail Correspondence: / From,
Florida Dept. of Corrections, Inmate:
Sheron, Lopez-Jackson, DC# K60210, Shuron Lopez (B12185)
Current (F.D.O.C.) Inst. Housing Location; Florida State Prison (F.S.P.)
Address/Location, P.O. Box #800, Raiford Florida, 32083/

Legal Mail Correspondence Notice To:/
The United States Middle Federal District,
Court Clerk/
at: U.S. Courthouse 300 North Hogan Street (Suite) (9-150)
Jacksonville Florida, 32202-4271/

Attention

to United State Middle Dist. Clerk of Court,

1) I Received The Courtesy Forms from You (1) 1983 Civil Action Prisoner's Complaint. (2) Application To Petition Your Courts to Proceed in (Forma Pauperis) (3) Your Local Federal Court Civil Rules/

But However, I know that Corresponding to your court/clerk(s) through the Forms of Letter/page writing/ (And not on Appropriate Filed By me Motions/Briefs (Ect.) is very Prohibited, But as I was/did/have Been trying to Explain to Your Federal Civil Courts That I was (1) Being Extremely Retaliated Against By Florida State Prison Staff. to which has Been all unprofessionally Authorized By The (F.S.P.) Warden Mr. (Donald Davis) himself, all Due to another Warden staff Employee at Another (F.D.O.C.) Location where I was once housed at, And had some illegal personal Business/Personal Affairs With a Warden staff name (Micha M. Neal) whom is truly trying to Get me Seriously Injured and/or to cause me for to Be treated very cruelly while I am housed here at (F.S.P.) Seeking civil Actions./

So on 1/20/23 I Attempted to use the Civil Forms that your Court provided to me/ and I was able to Attain A (6) month printout on my Account Balance(s) that I Attached to The (Forma Pauperis) Application that You provided To me. I Attempted to mail you all original(s) I had made no Personal Copy/Copies To maintain, Because Certain Law Library Security staff will mistreat Inmates Legal mail Document(s) material, when they Read That it Involves their (Co-workers) staff Here. So I Just took my chance to mail my /1983/ Forma Pauperis) material. But on the evening of 1/20/23 Security mail Room

*Mailing From:*
*330 North Main Street (Suite 9-150)*
(Original) (copy to U.S. Middle Dist. Court Clerk) At: U.S. Courthouse ~~Morgan Street~~ ~~Jacksonville, Florida, 32202-4271~~
*Florida State Prison (F.S.P.)*
*P.O. Box 800*
*Raiford Fl. 32083*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida,__

~~Jacksonville~~ Division

Ms. Sheron Lopez-Jackson, F.D.O.C. #K66026
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

(Donald Davis)
~~[redacted]~~ ) Florida State Prison (Warden)
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)   Case No. _____
)         (to be filled in by the Clerk's Office)
)
)   ⊗
)
)         Legal Mail
)   Provided to Florida State Prison on
)   1/23/23 for mailing by [signature]
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Legal mail — Full treatment of listed Defendants

To: The United States Middle District, Federal Courts, (Jacksonville Division)

From: (F.D.O.C.) Inmate: Ms. Sheron Lopez-Jackson, DC# K60216
(Florida State Prison)
P.O. Box 800, Raiford Fl. 32083

Sheron Lopez-Jackson (Plaintiff)

Vs.

_____

Defendants

(1) Donald Davis = Florida State Prison Warden
(2) C. McDaniel, Florida State Prison Officer
(3) D. Mobley, Florida State Prison Health Service Administrator
(4) I. Phoung, Florida State Prison Mental Health staff
(5) G. Emanuilvis, Florida State Prison Mental Health staff
(6) A. Harvey, Florida State Prison Classification officer
(7) B. Crawford, Florida State Prison Security Major

Legal Mail
Provided to Florida State Prison on 1/23/23 for mailing by [signature]

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: (*) (1\23\2023)

Legal Mail Provided to Florida State Prison on 1/23/23 for mailing by ___

Signature of Plaintiff: _Sheron L Chero_
Printed Name of Plaintiff: (Sheron Lopez-Jackson)
Prison Identification #: DC# K60210 - K60210
Prison Address: (P.O. Box # 800) (Florida State Prison)
Raiford                              Fl.      32083
City                                 State    Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            City            State       Zip Code
Telephone Number: _____
E-mail Address: _____

Page 11 of 11